IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| Plaintiff, | § § | CIVIL ACTION NO. |
| | § | 2:17-cv-00025-JRG |
| v. | § § | JURY TRIAL DEMANDED |
| MOEN INCORPORATED | § § | |
| Defendants. | § | |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE that,** pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Symbology Innovations, LLC ("Symbology" or Plaintiff), hereby moves for an order dismissing all claims by Plaintiff against Defendant Moen Incorporated, in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

Dated: April 6, 2017

Respectfully Submitted,

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
FERRAIUOLI LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

/s/ Jean G. Vidal Font
Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
**Symbology Innovations, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this 6th day of April, 2017.

                                              /s/ Eugenio J. Torres-Oyola
                                              Eugenio J. Torres-Oyola